```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| VERA RAUBE, as Executrix of the ESTATE OF STANLEY RAUBE,<br><br>      Plaintiff,<br><br>v.<br><br>X-L SPECIALIZED TRAILERS, INC., HUTCHENS INDUSTRIES, INC., ABC COMPANY 1-10, and DEF COMPANY 1-10,<br><br>      Defendants. | CIVIL NO. 06-4628(NLH)<br><br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed even date,

**IT IS HEREBY ORDERED** on this 13th day of August, 2007 that Defendant X-L Specialized Trailers, Inc.'s motion to dismiss or transfer Plaintiff's Complaint is **DENIED WITHOUT PREJUDICE.**

                                                    s/Noel L. Hillman
                                                   NOEL L. HILLMAN, U.S.D.J.

At Camden, New Jersey